(Colonial 10217)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

In the Matter of:  
**NORTH PIER OCEAN VILLAS**  
**HOMEOWNERS ASSOCIATION, INC.,**  
    Debtor.

Case No.:  
**21-01760-5-DMW**  
Chapter 11

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
## OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5. The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6. The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _____
Printed Name: _Addison Coleman_____
Owner 2 Signature: _____
Printed Name: _Keneath Coleman_____
Mailing Address: _____
_____

Unit #: _102/7_____

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

## END OF DOCUMENT

*O'Donnell/Naigles 10.2/12*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

In the Matter of:
**NORTH PIER OCEAN VILLAS**
**HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

**CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT**
**OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)**

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

**FINDINGS OF FACT**

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.    The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.    The parties hereby waive further formal findings of fact and consent to the entry of this order.

<u>**CONCLUSIONS OF LAW**</u>

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1.    The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2.    The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature:    _Mark O'Donnell_
Printed Name:          _Mark O'Donnell_
Owner 2 Signature:    _Mary Haigler_
Printed Name:          _Mary Haigler_
Mailing Address:      _18 CHARTER HILL DRIVE_
                              _CLEVELAND, GA 30528_
Unit #:                     _102/12_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By:    _____
          John Hutchings, President

END OF DOCUMENT

*Crisco*
*102113*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

In the Matter of:                                          Case No.:
**NORTH PIER OCEAN VILLAS**                               **21-01760-5-DMW**
**HOMEOWNERS ASSOCIATION, INC.,**                         Chapter 11
         Debtor.

**CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT**
**OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)**

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

**FINDINGS OF FACT**

1.   The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.   North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.   The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.   The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

     5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

     6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

     1.   The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

     2.   The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Timothy Crisco_
Printed Name: _Timothy Crisco_
Owner 2 Signature: _Brenda Crisco_
Printed Name: _Brenda Crisco_
Mailing Address: _17580 PINE DRIVE, LINDALE TX 75771_

Unit #: _102/13_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
      John Hutchings, President

END OF DOCUMENT



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.  The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.  The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED,** that:

1.  The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2.  The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Charles Moses_
Printed Name: _Charles Moses_
Owner 2 Signature: _Jane M. Moss (by Charles Moses, Ex)_
Printed Name: _Jane M. Moses_
Mailing Address: _2507 Myers Ave._
_Dunbar, WV 25064_
Unit #: _102/15_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

END OF DOCUMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

    This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

    1.  The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

    2.  North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

    3.  The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

    4.  The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5. The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6. The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature:    _Mary Anne E. Simon (Trust )(Deaton)_
Printed Name:    _Mary Anne E. Simon_____
Owner 2 Signature:    _____
Printed Name:    _____
Mailing Address:    _____
    _____
Unit #:    _102/17_____

**For North Pier Ocean Villas Homeowners Association, Inc.**

By:    _____
    John Hutchings, President

 END OF DOCUMENT

*Hughes*
*1/2/22*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

### CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
### OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

    5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

    6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

    1.   The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

    2.   The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

✱ Please Note Address Change from 4217 Mardela Spring Dr. Raleigh NC 27616 to: 523 Corrientes Circle Punta Gorda FL 33983

Owner 1 Signature: _David Hughes_
Printed Name: _David Hughes_____
Owner 2 Signature: _____
Printed Name: _Lyn Hughes_ _Lynn M Hughes_
Mailing Address: _523 Corrientes Circle_
_Punta Gorda FL 33983_
_102/22_____

Unit #: _____

David & Lynn Hughes
523 Corrientes Circle
Punta Gorda Florida 33983

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
    John Hutchings, President

END OF DOCUMENT

*For 10/2/23*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

In the Matter of:

**NORTH PIER OCEAN VILLAS HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA s interests, and each party waives further formal process and service of process in connection with the 363(h) sale of said interests.

5.  The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.  The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1.  The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2.  The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Shelby Fox_
Printed Name: _Shelby Fox_
Owner 2 Signature: _Thomas Fox (deceased)_
Printed Name: _____
Mailing Address: _472 Piney Grove Church Rd_
_Siler City, NC 27344_
Unit #: _102/23_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
     John Hutchings, President

### END OF DOCUMENT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION**

In the Matter of:                                                     Case No.:
**NORTH PIER OCEAN VILLAS**                           **21-01760-5-DMW**
**HOMEOWNERS ASSOCIATION, INC.,**               Chapter 11
        Debtor.

**CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)**

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

**FINDINGS OF FACT**

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

     5.  The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

     6.  The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

     1.  The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

     2.  The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Paula Leonardo_

Printed Name: _Paula Leonardo_____

Owner 2 Signature: _____

Printed Name: _____

Mailing Address: _408 Senterwood Ct._

_Fuquay Varina, nc 27526_

Unit #: _102/24_____

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____

    John Hutchings, President

END OF DOCUMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

### CONSENT ORDER ALLOWING SALE OF CO-OWNERS REAL ESTATE PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the Debtor (the "Debtor") and North Pier Associates, Limited Partnership ("NPA") requesting the entry of this order authorizing the Debtor to sell NPA's co-ownership interests in real estate pursuant to §363(h) of the Bankruptcy Code. By consent of the parties, the Court makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT

1.    North Pier Ocean Villas is a condominium complex in Carolina Beach, North Carolina consisting of forty-two (42) condominium units together with the common areas and interests appurtenant thereto.

2.    Debtor is the homeowners association in connection with the condominium complex.

1

3.     The North Pier Ocean Villas real estate was previously subject to a Timeshare Declaration constituting an overlay to the underlying Declaration of Condominium. The Timeshare Declaration was terminated during Debtor's pending Chapter 11 case. As a result of the timeshare termination, Debtor owns an undivided interest as tenant in common with other property owners in thirty-six (36) of the condominium units.

4.     NPA owns an undivided interest as tenant in common with Debtor in numerous condominium units and owns all undivided interests in condominium timeshare intervals in Condominium Units 100, 106, 107, 200, 204, and 300, all as identified on Schedule A attached hereto (NPA's property interests collectively referred to herein as the "Property").

5.     Pursuant to Debtor's confirmed Chapter 11 Plan of Reorganization, Debtor has obtained approval of the Court to sell Debtor's real estate interests pursuant to §363 of the Bankruptcy Code, including a sale of the real estate free and clear of liens pursuant to §363(f) of the Bankruptcy Code. This order authorizes Debtor to sell NPA's interests in the Property pursuant to §363(h).

6.     Partition in-kind of the Debtor's and NPA's co-ownership interests in the Property is impracticable; selling only the Debtor's undivided interest in the Property would realize significantly less than sale of all co-ownership interests in the Property; the benefit to the estate from the sale of NPA's Property together with sale of Debtor's property outweighs the detriment, if any, to NPA; and the Property is not used in the production, transmission, or distribution for sale, of electric energy or of natural or synthetic gas for heat, light or power.

7.     Debtor desires to sell NPA's interests in the property as part of Debtor's sale of its interest in the condominium units it owns; and NPA consents to the sale of its (NPA's) interest in the Property.

2

## **CONCLUSIONS OF LAW**

Based on the foregoing findings of fact, the Court makes the following conclusions of law:

1.    All requirements of §363(h) of the Bankruptcy Code exist, thus allowing a sale of NPA's interests in the Property as part of and together with Debtor's proposed §363 sale.

2.    The entry of this Order authorizing the sale of NPA's interest in the Property is in the best interest of the Debtor's estate, is consented to by NPA, and should be entered authorizing the Debtor to sell NPA's interests in the Property pursuant to §363(h) of the Bankruptcy Code.

## **ORDER**

IT IS ORDERED, ADJUDGED and DECREED therefore, that:

1.    The Debtor is authorized pursuant to the provisions of 11 U.S.C. §363(h) to sell the interests of North Pier Associates, Limited Partnership in the Property together with the common areas and other interests appurtenant thereto.

2.    North Pier Associates, Limited Partnership's interests in the Property shall be transferred to the proceeds of the sale to be held and disbursed in accordance with the terms of Debtor's confirmed plan of reorganization and further orders of the Bankruptcy Court.

**North Pier Ocean Villas Homeowners Association, Inc.:**

By: _____

Name: _John Hutchins____

Title: _President_____

Date: _3/10/22_____

**North Pier Associates, Limited Partnership:**

By: _Harry L. Kraly_____

Name: _HARRY L. KRALY___

Title: _PARTNER_____

Date: _3/10/22_____

3

## SCHEDULE A - DESCRIPTION

1. All of North Pier Associates, Limited Partnership's right, title, and undivided interest in Units 101, 102, 103, 108, 109, 110, 111, 112, 113, 206, 208, 201, 213, 304, 306, 307, 308, 309, 310, 311, 312, and 313 resulting from termination of the previous weekly interval ownership interests indicated below in each of those units.

[Unit / Previous Weekly Interval]

| | | | |
|---|---|---|---|
| 101/26 | 206/1 | 304/1 | 307/2 |
| 102/26 | 206/12 | 304/2 | 307/8 |
| 102/29 | 206/29 | 304/5 | 307/16 |
| 103/31 | 206/38 | 304/10 | 308/9 |
| 108/2 | 206/42 | 304/13 | 308/24 |
| 108/50 | 206/43 | 304/14 | 309/3 |
| 108/51 | 208/15 | 304/15 | 309/52 |
| 109/1 | 210/4 | 304/16 | 310/3 |
| 109/51 | 213/2 | 304/25 | 310/9 |
| 109/52 | 213/5 | 304/28 | 311/8 10 (310 2c) |
| 110/11 | 213/45 | 304/31 | 311/47 |
| 111/4 | 213/46 | 304/34 | 312/46 |
| 111/17 | 213/50 | 304/35 | 313/10 |
| 111/46 | 213/51 | 304/37 | |
| 111/47 | | 304/38 | |
| 112/4 | | 304/40 | |
| 112/9 | | 304/41 | |
| 113/1 | | 304/42 | |
| 113/4 | | 304/47 | |
| 113/43 | | 304/50 | |
| 113/47 | | 306/6 | |
| 113/51 | | 306/13 | |
| 113/52 | | 306/17 | |

2. All North Pier Associates, Limited Partnership's right title and interest in Units 100, 106, 107, 200, 204, and 300.

3. Together with all of North Pier Associates Limited Partnership's undivided interest in the common areas associated with the ownership interests identified above.

**[END OF DOCUMENT]**

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS**
**HOMEOWNERS ASSOCIATION, INC.,**
Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas.  With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1.   The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.   North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.   The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units.  The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.   The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

　　　5.　The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

　　　6.　The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

　　　1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

　　　2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Mazie Lester_
Printed Name: _Mazie Lester_
Owner 2 Signature: _____
Printed Name: _____
Mailing Address: _____

Unit #: _102/27_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

END OF DOCUMENT

*Gover [?]*
*10 2/28*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

In the Matter of:

**NORTH PIER OCEAN VILLAS**
**HOMEOWNERS ASSOCIATION, INC.,**
      Debtor.

Case No.:

**21-01760-5-DMW**
Chapter 11

### CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
### OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1.    The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.    North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.    The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.    The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5. The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6. The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Kimberley Garrett_
Printed Name: _Kimberley Garrett_
Owner 2 Signature: _____
Printed Name: _____
Mailing Address: _PO Box 234_
_Liberty, NC 27298_
Unit #: _102/28_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

### END OF DOCUMENT

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of the foregoing Disclosure Statement upon the other parties to this action by electronic service via CM/ECF, this 3rd day of December, 2021.

DATED:  December 3, 2021

/s/ David J. Haidt
DAVID J. HAIDT
AYERS & HAIDT, P.A.
Attorney for Debtor
P.O. Box 1544
New Bern, NC 28563
(252) 638-2955
N.C. State Bar #22992

TO:   Bankruptcy Administrator (via: CM/ECF)

North Pier Ocean Villas Homeowners Association, Inc. (via e-mail)

27

---

5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

### CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(b) of the Bankruptcy Code.

Now, therefore by consent of the parties

IT IS ORDERED, ADJUDGED AND DECREED, that:

1.   The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2.   The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

CONSENTED TO BY:

Owner 1 Signature:   _Kimberly Gackett_
Printed Name:   _Kimberly Gackett_
Owner 2 Signature:   _____
Printed Name:   _____
Mailing Address:   _PO Box 234_
_Loris, NC 27298_
_401 - week 18_

Unit #:   _____

For North Pier Ocean Villas Homeowners
Association, Inc.

By:   _____
John Hutchings, President

END OF DOCUMENT

26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

### CONSENT ORDER ALLOWING SALE OF CO-OWNERS REAL ESTATE PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the Debtor (the "Debtor") and North Pier Associates, Limited Partnership ("NPA") requesting the entry of this order authorizing the Debtor to sell NPA's co-ownership interests in real estate pursuant to §363(h) of the Bankruptcy Code. By consent of the parties, the Court makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT

1.    North Pier Ocean Villas is a condominium complex in Carolina Beach, North Carolina consisting of forty-two (42) condominium units together with the common areas and interests appurtenant thereto.

2.    Debtor is the homeowners association in connection with the condominium complex.

1

3.    The North Pier Ocean Villas real estate was previously subject to a Timeshare Declaration constituting an overlay to the underlying Declaration of Condominium.    The Timeshare Declaration was terminated during Debtor's pending Chapter 11 case.  As a result of the timeshare termination, Debtor owns an undivided interest as tenant in common with other property owners in thirty-six (36) of the condominium units.

4.    NPA owns an undivided interest as tenant in common with Debtor in numerous condominium units and owns all undivided interests in condominium timeshare intervals in Condominium Units 100, 106, 107, 200, 204, and 300, all as identified on Schedule A attached hereto (NPA's property interests collectively referred to herein as the "Property").

5.    Pursuant to Debtor's confirmed Chapter 11 Plan of Reorganization, Debtor has obtained approval of the Court to sell Debtor's real estate interests pursuant to §363 of the Bankruptcy Code, including a sale of the real estate free and clear of liens pursuant to §363(f) of the Bankruptcy Code.  This order authorizes Debtor to sell NPA's interests in the Property pursuant to §363(h).

6.    Partition in-kind of the Debtor's and NPA's co-ownership interests in the Property is impracticable; selling only the Debtor's undivided interest in the Property would realize significantly less than sale of all co-ownership interests in the Property; the benefit to the estate from the sale of NPA's Property together with sale of Debtor's property outweighs the detriment, if any, to NPA; and the Property is not used in the production, transmission, or distribution for sale, of electric energy or of natural or synthetic gas for heat, light or power.

7.    Debtor desires to sell NPA's interests in the property as part of Debtor's sale of its interest in the condominium units it owns; and NPA consents to the sale of its (NPA's) interest in the Property.

2

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact, the Court makes the following conclusions of law:

1.    All requirements of §363(h) of the Bankruptcy Code exist, thus allowing a sale of NPA's interests in the Property as part of and together with Debtor's proposed §363 sale.

2.    The entry of this Order authorizing the sale of NPA's interest in the Property is in the best interest of the Debtor's estate, is consented to by NPA, and should be entered authorizing the Debtor to sell NPA's interests in the Property pursuant to §363(h) of the Bankruptcy Code.

## ORDER

IT IS ORDERED, ADJUDGED and DECREED therefore, that:

1.    The Debtor is authorized pursuant to the provisions of 11 U.S.C. §363(h) to sell the interests of North Pier Associates, Limited Partnership in the Property together with the common areas and other interests appurtenant thereto.

2.    North Pier Associates, Limited Partnership's interests in the Property shall be transferred to the proceeds of the sale to be held and disbursed in accordance with the terms of Debtor's confirmed plan of reorganization and further orders of the Bankruptcy Court.

**North Pier Ocean Villas Homeowners Association, Inc.:**

By: _____
Name: _John Hutchings_____
Title: _President_____
Date: _3/10/22_____

**North Pier Associates, Limited Partnership:**

By: _Harry L. Kraly_____
Name: _HARRY L. KRALY_____
Title: _PARTNER_____
Date: _3/10/22_____

3

## SCHEDULE A - DESCRIPTION

1. All of North Pier Associates, Limited Partnership's right, title, and undivided interest in Units 101, 102, 103, 108, 109, 110, 111, 112, 113, 206, 208, 201, 213, 304, 306, 307, 308, 309, 310, 311, 312, and 313 resulting from termination of the previous weekly interval ownership interests indicated below in each of those units.

[Unit / Previous Weekly Interval]

| | | | |
|---|---|---|---|
| 101/26 | 206/1 | 304/1 | 307/2 |
| 102/26 | 206/12 | 304/2 | 307/8 |
| 102/29 | 206/29 | 304/5 | 307/16 |
| 103/31 | 206/38 | 304/10 | 308/9 |
| 108/2 | 206/42 | 304/13 | 308/24 |
| 108/50 | 206/43 | 304/14 | 309/3 |
| 108/51 | 208/15 | 304/15 | 309/52 |
| 109/1 | 210/4 | 304/16 | 310/3 |
| 109/51 | 213/2 | 304/25 | 310/9 |
| 109/52 | 213/5 | 304/28 | 311/9 10 |
| 110/11 | 213/45 | 304/31 | 311/47 |
| 111/4 | 213/46 | 304/34 | 312/46 |
| 111/17 | 213/50 | 304/35 | 313/10 |
| 111/46 | 213/51 | 304/37 | |
| 111/47 | | 304/38 | |
| 112/4 | | 304/40 | |
| 112/9 | | 304/41 | |
| 113/1 | | 304/42 | |
| 113/4 | | 304/47 | |
| 113/43 | | 304/50 | |
| 113/47 | | 306/6 | |
| 113/51 | | 306/13 | |
| 113/52 | | 306/17 | |

2. All North Pier Associates, Limited Partnership's right title and interest in Units 100, 106, 107, 200, 204, and 300.

3. Together with all of North Pier Associates Limited Partnership's undivided interest in the common areas associated with the ownership interests identified above.

**[END OF DOCUMENT]**

4

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5. The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6. The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED,** that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Alicia Beaton_
Printed Name: _Alicia Beaton_
Owner 2 Signature: _____
Printed Name: _Alicia Beaton_
Mailing Address: _147 Blackbeard Lane_
_Mooresville NC 28117_
Unit #: _202/15 and 102/31_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

END OF DOCUMENT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

In the Matter of:                              Case No.:
**NORTH PIER OCEAN VILLAS**           **21-01760-5-DMW**
**HOMEOWNERS ASSOCIATION, INC.,**     Chapter 11
         Debtor.

### CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

    5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

    6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

    1.  The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

    2.  The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Timeshare Ventures, Inc.

Owner 1 Signature: By: _____
Printed Name: _____
Owner 2 Signature: _____
Printed Name: _____
Mailing Address: _____
_____

Unit #: _____ See attached list _____

**For North Pier Ocean Villas Homeowners Association, Inc.**
By: _____
John Hutchings, President

END OF DOCUMENT

Timeshare Ventures, Inc.

| | | |
|---|---|---|
| 102/32 | 202/31 | 302/32 |
| 103/28 | 203/31 | 303/28 |
| 103/32 | 207/32 | 303/30 |
| 104/27 | 208/30 | 303/37 |
| 104/28 | 209/27 | 304/27 |
| 104/30 | 209/28 | 304/29 |
| 104/31 | 211/28 | 304/30 |
| 105/26 | 212/26 | 304/32 |
| 105/32 | 212/30 | 304/33 |
| 108/27 | 213/30 | 304/36 |
| 108/28 | 213/32 | 304/39 |
| 109/32 | | 305/28 |
| 110/30 | | 306/26 |
| 111/27 | | 306/28 |
| 112/26 | | 306/32 |
| 112/30 | | 307/30 |
| 113/28 | | 307/31 |
| | | 308/26 |
| | | 308/32 |
| | | 309/26 |
| | | 309/28 |
| | | 309/31 |
| | | 309/32 |
| | | 310/30 |
| | | 312/29 |



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

In the Matter of:                                    Case No.:
**NORTH PIER OCEAN VILLAS**              **21-01760-5-DMW**
**HOMEOWNERS ASSOCIATION, INC.,**        Chapter 11
    Debtor.

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
## OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

## FINDINGS OF FACT

1.    The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.    North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.    The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.    The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.    The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.    The parties hereby waive further formal findings of fact and consent to the entry of this order.

<u>**CONCLUSIONS OF LAW**</u>

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _John O Clark Jr_
Printed Name:        _John J. Clark, Jr._
Owner 2 Signature: _John J Clark Jr_
Printed Name:        _Katherine C. Clark_  Deceased Dec 2018
Mailing Address:     _12305 Moss Craw St_
                     _Raleigh NC, 27614_

Unit #:              _102/34 and 205/35_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By:    _____
       John Hutchings, President

 END OF DOCUMENT

*Vitale*
*102/35*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS**
**HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
## OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas.  With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1.  The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.  North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.  The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units.  The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.  The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.    The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.    The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED,** that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature:    _Dana Vitale_

Printed Name:    _Donna Vitale_

Owner 2 Signature:    _____

Printed Name:    _____

Mailing Address:    _227 Eastfield Ave_

_Stedman NC  28391_

Unit #:    _102/35_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By:    _____

John Hutchings, President

END OF DOCUMENT

*Rowley*
*102/36*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
## OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

    This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

    1.  The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

    2.  North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

    3.  The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

    4.  The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature:     _Michael Rowley_

Printed Name:          _Michael Rowley_

Owner 2 Signature:     _Connie Rowley_

Printed Name:          _Connie Rowley_

Mailing Address:       _1964 Quail Roost Dr S.W._
                       _Supply, N.C. 28462_

Unit #:                _102/36_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By:     _____

        John Hutchings, President

END OF DOCUMENT

*102/38*

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

### CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
### OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5. The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6. The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED,** that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

**The heirs of Charles Simmons**

Owner 1 Signature: _Tina Riley_
Printed Name: _Tina Riley_
Owner 2 Signature: _____
Printed Name: _Trudy Ruble_
Mailing Address: _5196 Harvest Lane_
_Barboursville, VA 22923_
Unit #: _102/39_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

**END OF DOCUMENT**

6. The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

**The heirs of Charles Simmons**

Owner 1 Signature: _____
Printed Name: _Tina Riley_____
Owner 2 Signature: _Tty S Ruble_____
Printed Name: _Trudy Ruble_____
Mailing Address: 3417 Jordan Shines Dn
New Hill NC 27562
Unit #: _102/39_____

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

END OF DOCUMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In the Matter of:                                          Case No.:
**NORTH PIER OCEAN VILLAS**                                **21-01760-5-DMW**
**HOMEOWNERS ASSOCIATION, INC.,**                          Chapter 11
    Debtor.

## CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

### FINDINGS OF FACT

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

     5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

     6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

     1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

     2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Christopher R. White_
Printed Name: _Christopher White_
Owner 2 Signature: _Shelia M White_
Printed Name: _Shelia White_
Mailing Address: _P. O. Box 903_
_Garner NC 27529_
Unit #: _102/41_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
    John Hutchings, President

END OF DOCUMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

**CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)**

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas.  With the consent of the parties, the court makes the following:

**FINDINGS OF FACT**

1.    The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.    North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.    The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units.  The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.    The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with th § 363(h) sale of said interests.

5. The parties acknowledge that Owner's interest i the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6. The parties hereby waive further formal findings of f ct and consent to the entry of this order.

### CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _____

Printed Name: _Julia Manning_____

Owner 2 Signature: _____

Printed Name: _____

Mailing Address: _1805 N. Bancroft Parkway Wilmington DE 19806_

Unit #: _102/43_____

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____

     John Hutchings, President

### END OF DOCUMENT

*102/46+*
*3/0/47*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

| | |
|---|---|
| In the Matter of: | Case No.: |
| **NORTH PIER OCEAN VILLAS** | **21-01760-5-DMW** |
| **HOMEOWNERS ASSOCIATION, INC.,** | Chapter 11 |
| Debtor. | |

**CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT**
**OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)**

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

**FINDINGS OF FACT**

1.  The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.  North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.  The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.  The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.    The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.    The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code.  Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature:    _James Steck_

Printed Name:    _James Steck_____

Owner 2 Signature:    _____

Printed Name:    _JAMES STECK_____

Mailing Address:    _P.O. BOX 842_____

_MAHOPAC, N.Y. 10541_

Unit #:    _102/46 and 310/47_____

**For North Pier Ocean Villas Homeowners Association, Inc.**

By:    _____

John Hutchings, President

END OF DOCUMENT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION**

In the Matter of:
**NORTH PIER OCEAN VILLAS
HOMEOWNERS ASSOCIATION, INC.,**
Debtor.

Case No.:
**21-01760-5-DMW**
Chapter 11

**CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT
OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)**

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

**FINDINGS OF FACT**

1. The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2. North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3. The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4. The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED,** that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

**The heirs of Geneane Marshall**

Owner 1 Signature: _____
Printed Name: _William Marshall, sole heir_____
Owner 2 Signature: _____
Printed Name: _____
Mailing Address: _8995 Darley Drive_____
_LaPlata, MD 20646_____
Unit #: _102/48_____

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

END OF DOCUMENT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

In the Matter of:

**NORTH PIER OCEAN VILLAS**
**HOMEOWNERS ASSOCIATION, INC.,**
    Debtor.

Case No.:

**21-01760-5-DMW**
Chapter 11

**CONSENT ORDER ALLOWING SALE OF CONDOMINIUM UNIT**
**OWNERSHIP INTEREST BY DEBTOR PURSUANT TO 11 U.S.C. § 363(h)**

This matter comes before the Court by consent of the parties requesting the entry of this order in connection with the Debtor's sale of the condominium units and associated common areas of North Pier Ocean Villas. With the consent of the parties, the court makes the following:

**FINDINGS OF FACT**

1.   The undersigned Owner owns an undivided interest one or more condominium units (the "Units"), identified in the signature line below, of the North Pier Ocean Villas Condominiums as a result of the vote of the timeshare owners to terminate the Timeshare Declaration previously imposed on those Units.

2.   North Pier Homeowners Association, Inc. Chapter 11 debtor-in-possession (the "HOA") is selling the condominium units and associated common areas through the Bankruptcy Court pursuant to § 363 of the Bankruptcy Code.

3.   The undersigned Owner hereby consents to the sale of its undivided interest in the above referenced unit pursuant to § 363(h) of the Bankruptcy Code as part of the bankruptcy sale of the units. The sale of the condominium units shall in all respects be subject to the jurisdiction and approval of the Bankruptcy Court.

4.   The Owner and the HOA submit to the jurisdiction of the Bankruptcy Court in connection with the HOA's authority pursuant to § 363(h) of the Bankruptcy Code to sell the

Owner's undivided interest jointly with the sale of the HOA's interests, and each party waives further formal process and service of process in connection with the § 363(h) sale of said interests.

5.   The parties acknowledge that Owner's interest in the Unit(s) shall transfer to the proceeds of sale for future allocation and disbursement in accordance with the terms of the HOA's Plan of Liquidation.

6.   The parties hereby waive further formal findings of fact and consent to the entry of this order.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact and the consent of the parties, the Court concludes that it has jurisdiction over this matter and the parties hereto and that the sale of the Owner's undivided interest in the condominium unit(s) identified below should be authorized pursuant to § 363(h) of the Bankruptcy Code. Now, therefore by consent of the parties

**IT IS ORDERED, ADJUDGED AND DECREED**, that:

1. The HOA is hereby authorized to sell Owner's undivided interest the Unit identified below as a part of the proposed sale of the HOA's undivided interest in said Unit, together with all other Units and the associated common areas of North Pier Ocean Villas.

2. The sale of said undivided interests shall in all respects be subject to the approval and orders of the Bankruptcy Court in the HOA's Chapter 11 bankruptcy.

**CONSENTED TO BY:**

Owner 1 Signature: _Ira Fenimore_
Printed Name: _Ira Fenimore_
Owner 2 Signature: _Rebecca C. Fenimore_
Printed Name: _Rebecca Fenimore_
Mailing Address: _4290 Monterey Dr_
_Florence SC 29501_
Unit #: _102/52 and 308/40_

**For North Pier Ocean Villas Homeowners Association, Inc.**

By: _____
John Hutchings, President

## END OF DOCUMENT