**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

In the Matter of:  
**NORTH PIER OCEAN VILLAS**  
**HOMEOWNERS ASSOCIATION, INC.,**  
    Debtor.

Case No.:  
**21-01760-5-DMW**  
Chapter 11

## APPLICATION FOR FINAL DECREE

The Debtor, by and through its undersigned counsel, reports to the Court as follows:

1. The Debtor has completed distributions under the Plan, except as specifically set forth in its Final Report.
2. All assets belonging to the Debtor have been liquidated.
3. All pending adversary proceedings and claims have been resolved, and the Debtor is unaware of any additional sources of recovery to creditors.
4. The Final Report has been filed contemporaneously herewith.
5. In accordance with Paragraph 6 of the Order Confirming the Plan of Reorganization, entry of the Debtor's discharge shall be sought "upon substantial consummation, and upon the successful payment of all payments to be distributed to the holders of Class VI general unsecured claims." The Debtor has tendered the funds necessary to make the final payments to its general unsecured claims, and satisfied the requirements of the treatment of that class.

WHEREFORE, the Debtor respectfully requests that the Court enter a Final Decree in this Chapter 11 proceeding.

DATED:    June 2, 2023

    AYERS & HAIDT, P.A.

    By: /s/ David J. Haidt_____  
    DAVID J. HAIDT  
    N.C. State Bar #22092  
    Attorneys for Debtor  
    P.O. Box 1544  
    New Bern, NC 28563  
    (252) 638-2955  
    (252) 638-3293 facsimile  
    davidhaidt@embarqmail.com

CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of the foregoing Application for Final Decree upon the parties listed below by electronic service or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to counsel for said parties, this the 2nd day of June, 2023.

DATED:   June 2, 2023

/s/ David J. Haidt
DAVID J. HAIDT
N.C. State Bar #22092
AYERS & HAIDT, P.A.
P.O. Box 1544
New Bern, NC 28563
(252) 638-2955

TO:    Bankruptcy Administrator (via: CM/ECF)

North Pier Ocean Villas Homeowners Association, Inc. (Via e-mail)