**VAN–051** Final Decree – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

| | |
|---|---|
| IN RE:<br>North Pier Ocean Villas Homeowners Association, Inc.<br>c/o Jay Hutchings, President<br>PO Box 1628<br>Carolina Beach, NC 28428 | CASE NO.: 21–01760–5–DMW<br><br>DATE FILED: August 5, 2021<br><br>CHAPTER: 11 |

TaxID: 56–1669301

### FINAL DECREE

The plan of the above named debtor(s) has been substantially consummated as provided in 11 U.S.C. § 1101(2).

IT IS ORDERED that this case is closed.

DATED: June 23, 2023

David M. Warren<br>United States Bankruptcy Judge